Greetings,

I hope this letter finds you well.

I. Background

My name is byungmin chae and I took the customs broker exam in the year of 2018 and I have filed the appeal case ( case # 20-00316) for additional credits but now I need just one more credit to pass the exam and I would like to have your attention to this detail.

II. Controversial issues

The question is the 19 code of federal regulation 145.2 (b) and some controversial issues have been found and were delivered to the attention of the CBP, the customs broker exam agency, which refused to take any exemption unless the court would approve.

Here is the regulation for your reference.

> § 145.2 Mail subject to Customs examination.
>
> (a) *Restrictions.* Customs examination of mail as provided in paragraph (b) of this section is subject to the restrictions and safeguards relating to the opening of letter class mail set forth in § 145.3.
>
> (b) *Generally.* All mail arriving from outside the Customs territory of the United States which is to be delivered within the Customs territory of the United States and all mail arriving from outside the U.S. Virgin Islands which is to be delivered within the U.S. Virgin Islands, is subject to Customs examination, except:
>
> > (1) Mail known or believed to contain only official documents addressed to officials of the U.S. Government;
> >
> > (2) Mail addressed to Ambassadors and Ministers (Chiefs of Diplomatic Missions) of foreign countries; and
> >
> > (3) Letter class mail known or believed to contain only correspondence or documents addressed to diplomatic missions, consular posts, or the officers thereof, or to international organizations designated by the President as public international organizations pursuant to the International Organizations Act (see § 148.87(b) of this chapter). Mail, other than letter class mail, addressed to the designated international organizations is subject to Customs examination except where the organization certifies under its official seal that the mail contains no dutiable or prohibited articles. Any Customs examination made shall, upon request of the addressee international organization, take place in the presence of an appropriate representative of that organization.

1. Issue one : Customs territory

If you see the 19 CFR 145.2 (b) U.S virgin island belongs to the customs examination but as noted in the

19 cfr 101.1 the customs territory of the United States confines to the following:

### § 101.1 Definitions.

As used in this chapter, the following terms shall have the meanings indicated unless either the context in which they are used requires a different meaning or a different definition is prescribed for a particular part or portion thereof:

*Business day.* A "business day" means a weekday (Monday through Friday), excluding national holidays as specified in § 101.6(a).

*CBP.* The term "CBP" means U.S. Customs and Border Protection.

*Center director.* The term "Center director" means the person who manages their designated Center and is responsible for certain trade decisions and functions concerning that Center and the importers that are processed by that Center.

*Centers of Excellence and Expertise or Centers.* The terms "Centers of Excellence and Expertise" or "Centers" refer to national CBP offices that are responsible for performing certain trade functions and making certain determinations as set forth in particular regulatory provisions regarding importations by importers that are considered by CBP to be in the industry sector, regardless of the ports of entry at which the importations occur. Industry sectors are categorized by the Harmonized Tariff Schedule of the United States (HTSUS) numbers representing an industry sector. The list of HTSUS numbers will be published in a FEDERAL REGISTER document and any change made to that list will be announced in a subsequent FEDERAL REGISTER document.

*Commissioner or Commissioner of Customs.* The terms "Commissioner" or "Commissioner of Customs" mean Commissioner of U.S. Customs and Border Protection.

*Customs or U.S. Customs Service.* The terms "Customs" or "U.S. Customs Service" mean U.S. Customs and Border Protection.

*Customs regulations or CBP regulations.* The terms "Customs regulations" or "CBP regulations" mean chapter 1 of title 19 of the Code of Federal Regulations (19 CFR chapter 1).

*Customs station.* A "Customs station" is any place, other than a port of entry, at which Customs officers or employees are stationed, under the authority contained in article IX of the President's Message of March 3, 1913 (T.D. 33249), to enter and clear vessels, accept entries of merchandise, collect duties, and enforce the various provisions of the Customs and navigation laws of the United States.

*Customs territory of the United States.* "Customs territory of the United States" includes only the States, the District of Columbia, and Puerto Rico.

There is no U.S. Virgin Islands in the customs territory of the United States and this is what I claim the controversial issue with the regulation.

2. Issue two: officials of the US government in the U.S. territory

As noted in the 19 CFR 7.2 below insular possession of the U.S. is not in the customs territory and those officials of the U.S. Government may not be subject to 19 code of federal regulation 145.2 (b) as quoted by CBP for the correct answer.

§ 7.2 Insular possessions of the United States other than Puerto Rico.

(a) Insular possessions of the United States other than Puerto Rico are also American territory but, because those insular possessions are outside the customs territory of the United States, goods imported therefrom are subject to the rates of duty set forth in column 1 of the Harmonized Tariff Schedule of the United States (HTSUS) except as otherwise provided in § 7.3 or in part 148 of this chapter. The principal such insular possessions are the U.S. Virgin Islands, Guam, American Samoa, Wake Island, Midway Islands, and Johnston Atoll. Pursuant to section 603(c) of the Covenant to Establish a Commonwealth of the Northern Mariana Islands in Political Union With the United States of America, Public Law 94-241, 90 Stat. 263, 270, goods imported from the Commonwealth of the Northern Mariana Islands are entitled to the same tariff treatment as imports from Guam and thus are also subject to the provisions of § 7.3 and of part 148 of this chapter.

III. Conclusion

For the foregoing exception and controversial reasons the court should grant the plaintiff's motion for judgment on the record and remand the case to the U.S. customs and border protection with directions to allow the exemption for the additional credit plaintiff's answers to question number 27 of the april 2018 customs broker license examination.

IV. Reference

**27.** Which of the following mail articles are not subject to examination or inspection by Customs?

- A. Bona-fide gifts with an aggregate fair retail value not exceeding $800 in the country of shipment
- B. Mail packages addressed to officials of the U.S. Government containing merchandise
- C. Diplomatic pouches bearing the official seal of France and certified as only containing documents
- D. Personal and household effects of military and civilian personnel returning to the United States upon the completion of extended duty abroad
- E. Plant material imported by mail for purposes of immediate exportation by mail

Many thanks for your attention and please contact me if you should have any questions

Email: benchaeny@gmail.com

Phone: 646-678-0066

Sincerely,

Byungmin Chae