NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BYUNGMIN CHAE,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

---

2025-1379

---

Appeal from the United States Court of International Trade in No. 1:24-cv-00086-TMR, Judge Timothy M. Reif.

---

**ON PETITION FOR REHEARING EN BANC**

---

Before MOORE, *Chief Judge*, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, and STARK, *Circuit Judges*.[1]

PER CURIAM.

# O R D E R

On December 3, 2025, Byungmin Chae filed a petition for rehearing en banc [ECF No. 32]. The petition was first

---

[1] Circuit Judge Newman did not participate.

referred to the panel that heard the appeal, and thereafter the petition was referred to the circuit judges who are in regular active service.

    Upon consideration thereof,

    IT IS ORDERED THAT:

    The petition for panel rehearing is denied.

    The petition for rehearing en banc is denied.

FOR THE COURT

January 9, 2026
Date

Jarrett B. Perlow
Clerk of Court